UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IRVING MORRISON, individually
and as representative of all persons
similarly situated,                    DOCKET#

                    Plaintiff(s),     The basis of the
                                      venue is Plaintiff
-against-                             Residence
THE KINGDOM OF SAUDI ARABIA,
AL QAEDA, OSAMA BIN LADIN,
KING FAHD BIN ABDUL AZIZ AL SAUD,
PRINCE ABDULLAH BIN ABDUL AL
AZIZ AL SAUD, PRINCE SAUD AL FAISAL,
OMAR AL-BAYOUMI, OSSAMA BASSNAN,      CLASS ACTION
                                    **S U M M O N S**
                                      Plaintiff resides at
                                      360 E.72ND STREET
                                      County of NEW YORK
            Defendant(s)
------------------------X
To the above named Defendant(s)
     **YOU ARE HEREBY SUMMONED TO ANSWER THE COMPLAINT** in
this action and to serve a copy of your answer, or, if
the complaint is not served with this summons, to serve
a notice of appearance, on the Plaintiff's Attorney(s)
within 20 days after the service of this summons
, exclusive of the day of service (or within 30 days
after the service is complete if this summons is not
personally delivered to you within the State of New
York); and in case of your failure to appear or answer
, judgement will be taken against you by default for the
relief demanded in the complaint.
Dated: 9-7-04

# LESSOFF & OSTROW

Attorneys for Plaintiff
350 Broadway Suite 703
New York, New York 10013   212-219-9257

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IRVING MORRISON, individually and as
representative of all persons similarly
situated,

**04 CV   7203**

Docket #

Plaintiff(s),

-against-

**CLASS ACTION
COMPLAINT**

THE KINGDOM OF SAUDI ARABIA,
AL QAEDA, OSAMA BIN LADIN,
KING FAHD BIN ABDUL AZIZ AL SAUD,
PRINCE ABDULLAH BIN ABDUL AL AZIZ
AL SAUD, PRINCE SAUD AL FAISAL,
OMAR AL -BAYOUMI,OSAMA BASSNAN
Defendant(s)
-----------------------------------------------------------X

*JUDGE COTE*

*ECF CASE*

Plaintiff(s) by attorneys **LESSOFF & OSTROW** ., complaining of

defendant(s), upon information and belief respectfully allege as follows:

## CLASS ACTION ALLEGATIONS:

1. At all times herein mentioned, plaintiffs was and still are residents of

the State of New York, County of New York or persons who worked in

the City of New York.during and after September 11,2001.

2.Defendants negligently helped, educated, funded, trained, created; WAHABISM , Islamic Fundamentalism, and the culture of JIHAD or HOLY WAR which allowed for ISLAMIC TERRORISTS such as AL QUEDA and OSAMA BIN LADIN.

3.Defendant THE KINGDOM OF SAUDI ARABIA was and still is a Kingdom and the legal government of Saudi Arabia organized and existing under the laws of Saudi Arabia and recognized by the United States of America.

4. Defendant OSAMA BIN LADIN,a Saudi Arabian national, was and is the leader of a Terrorist Organization called AL QUEDA.

5.Defendant THE KINGDOM OF SAUDI ARABIA is a sovereign nation authorized to do business in the State of New York with many contacts and assets in the State of New York.

5. At all times herein mentioned, Defendants were and currently are doing business in the City of New York, State of New York.

6. At all times herein mentioned, Defendants was and currently contracts to supply goods and services in the State of New York.

7. At all times herein mentioned, Defendants was and currently transacts and transacted business within the State of New York.

8. At all times herein mentioned, Defendants was and currently owns, uses or possesses and owned, used or possessed real property situated within the State of New York.

9. This action is brought by the plaintiff as a class action on behalf of all those persons similarly situated.

10. The class consists of all those persons similarly situated who lived or worked in the New York City Area from September 11,2001 and after wards and was effected Physically or Psychologically by the terrorist attacks upon the **WORLD TRADE CENTER on September 11,2001.**

11. This class action is brought pursuant to the Federal Rules of Civil Procedure, Rule 23, Subdivisions (b) (1) (A) and (b)(3).

12. That the class is so numerous that joinder of all members whether otherwise required or permitted is impracticable;

13. As a result of the defendants actions, each member of the class was damaged in excess of $50,000.00, excluding incidental and consequential damages, interest, court costs, and attorneys fees.

14. The questions of law common to this class are whether defendants actions constitute negligence. These common questions affecting only individual members of the class.

15. The members of the class, estimated in excess of 9 Million people , are so numerous as to make it impracticable to bring them all before the court.

16. The claims of the plaintiff are typical of the claims of all members of

the class and the plaintiff will adequately and fairly represent all such persons. A class action is superior to other available methods for the fair and efficient adjudication of this controversy. It is desirable to concentrate this litigation in the particular forum because of all of the aforesaid reasons, because it is convenient for the plaintiff, because some of the defendants are located within the Southern District of New York or have significant contact within said district, and because the events which have significance in the case and a common sense appraisal of the implications of those events indicate that the claims arose in the Southern District of New York. In the circumstances, there do not appear to be any significant difficulties that are likely to be encountered in the management of this class action except as to its size.

17. Plaintiffs will fairly and adequately protect the interests of the Class. Plaintiffs are adequate representatives of the Class as they have no interests, which are adverse to the interests of the Class. Plaintiffs have retained counsel who have substantial experience and success in the prosecution of complex cases, toxic tort and or product defect cases.

# AS AND FOR A FIRST CAUSE OF ACTION IN NEGLIGENCE

18.Defendants designed, created, financed, produced, distributed, trained and marketed a concept called JIHAD or HOLY WAR ; against the Western World and the United States of America in general and the City of New York in particular.

19. During all relevant times, defendants was in the business of among other things, of designing, creating, financing, producing, distributing, training and marketing a concept called J IHAD o r H OLY W AR ; against the Western World and the United States of America in general and the City of New York in particular.

20. Defendants negliently created and allowed an environment to exist in Saudi Arabia where terrorism could run rampant and in fact was funded, taught and encouraged by many members of the Royal Family of Saudi Arabia and others.

21 . That the defendants and members of the Royal family allowed

Wahabism and Islamic Fundamentalism to be taught to their school children so that the Saudi Arabian people were brought up to believe that terrorism and JIHAD were acceptable behavior and that killing Americans and westerners was in fact to be encouraged .

22. That the Saudi Government hid behind the ruse that it was allied with and friends with  the United States of America yet they actively or negligently aided and abetted the defendants to send terrorists over to the United States to kill as many American people as possible.

23. Defendants knew, or should have known, that JIHAD or HOLY WAR was dangerous and harmful and capable of causing harm, severe injuries, and possible death to human beings and failed to warn this plaintiff and all members of the CLASS of the dangers and risks.

24. That on September 11,2001 defendants actively sent or encouraged, aided, abetted, provided comfort, to Fifteen  of its own  nationals to hijack four airliners inside the United States of America and use them as flying bombs to be used in a warlike manner.

25. That two of these hijacked airliners struck and destroyed the World Trade Center causing the direct death of approximately three thousand Americans and more particularly New Yorkers.

26. On and after September 11,2001 ,plaintiff and all members of the CLASS were not aware of the dangers in breathing in the air ; or being physically present to be exposed to numerous cancerous causing agents such as but not limited to Asbestos, Benzene, 3,000 dead human bodies , microscopic pieces of glass and ; new chemical compounds created by the rocket fuel and explosion .

27. That the collapse and destruction of the World Trade Center caused a cloud of dirt, debris, incinerated dead bodies, Asbestos, Benzene, microscopic pieces of glass and metal, new chemical compounds and other dangerous, toxic and cancerous agents that hovered over New York City and was blown over Nassau and Suffolk County( Hereinafter called the DEATH CLOUD.)until it finally was blown out to sea.

28. That all members of the class breathed in air that had been

contaminated from the World Trade Center Plume or Death Cloud.

29. That all members of the class were exposed to the Death Cloud and had been contaminated from the World Trade Center Plume or Death Cloud.

30. That all members of the class are innocent victims of the defendants diabolical, grossly negligent and negligent plans.

31. By reason of the defendants actions plaintiff and all members of the class was caused to suffer and sustain severe and permanent injuries, side effects, bodily pain, emotional distress, mental and psychological anguish and disabilities.

32. Plaintiff's future well being and all members of the class, happiness, social, professional life, earning capacity, and ability to pursue normal activities have been adversely affected and will remain permanently impaired.

33.Plaintiff and all members of the class have been and will continue to be required to expend substantial sums of money for appropriate medical care and treatment.

34.Defendant(s), it's agents, servants and or employees, was negligent in failing to stop the entire World Trade Center tragedy from occurring.

35. Defendants was reckless, careless and negligent in failing to stop the terrorists and remedy it's defective condition after having notice of it's dangerous and harmful condition when used for it's intended use or intended forseeable purposes.

36The injuries and the occurrence herein referred to were caused solely by the negligence of defendant with the plaintiff in no way contributing thereto.

37. By reason of the foregoing, plaintiff and all members of the class HAVE BEEN damaged in the sum of ( $ 900,000,000,000,000.00) NINE HUNDRED TRILLION Dollars.

WHEREFORE, plaintiff demands judgement against the defendant(s) in the First Cause of Action in the sum of NINE HUNDRED TRILLION Dollars ( $900,000,000,000,000.00);;together with the costs and disbursements of this action.


Dated:New York,New York
       September 7,2004
                    Yours,etc

**LESSOFF & OSTROW**
Attorneys for Plaintiffs
350 Broadway Suite 703
New York,New York 10013
212-219-9257


By Jeffrey Lessoff(9460)/A member of the firm

STATE OF NEW YORK

               SS:

COUNTY OF NEW YORK

Irving Morrison, Being duly sworn, deposes and says:

I am the plaintiff in the within action; I have read the forgoing SUMMONS & COMPLAINT and knows the contents thereof; the same is true to my own knowledge , except as to those matters said to be upon information and belief and as to those matters,I believe them to be true.
Dated: New York, New York
       September 7,2004

Irving Morrison

Sworn to before me this 7th Day of September , 2004

Notary

JEFFREY LESSOFF
Notary Public, State of New York
No. 02LE4982066
Qualified in Nassau County
Commission Expires May 28, __07