UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

IRVING MORRISON, et al.,

                Plaintiffs,

          -against-

THE KINGDOM OF SAUDI ARABIA, et al.,

                Defendants.

-------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

**ORDER**
04 CV 7210 (GBD)

    The Clerk of the Court is directed to close this case.

Dated: New York, New York
       November 3, 2008

SO ORDERED:

GEORGE B. DANIELS
United States District Judge